Frank Joseph Jr.
Appellant Pro se
Vs.
The State of Texas

In THE Court of Appeal
THIRd Judical District
Travis County, Texas

In Re: Tr. ct. No. D-1-DC-04-9044186, D-1-DC-04-9044187
Ct. o. A. No. 03-16-00404-CR, 03-16-00405CR

## Judicial Notice In the Nature of An Affidavit

Comes Now Frank Joseph Jr. Appellant In the Above numbered and styled Cause Giving Response to This Honorable Court's letter Dated August 30, 2016 Appellant's Judicial Notice Is of The following To wit:

In Response To The Afore mentioned Court of Appeals letter Dated August 30, 2016, Appellant Did In Fact on September 7, 2016 File A motion To Request Extension of Time To File ~~A motion~~ His Appellant's Brief.

Appellant Joseph Can not File A Sufficient Brief without First Obtaining His Transcript And Other Records. Which He Was REPEATEDLY REQUESTED Through Motions To THIS Honorable Court.

RECEIVED
OCT 1 0 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Respectfully Submitted

_Frank Joseph Jr._
Appellant Pro Se

## Inmate Declaration

I FRANK JOSEPH JR. Appellant In THE ForeGoing Cause of Action, being Presently Incarcerated In the TEXAS DEPARTment of Criminal Justice Neal unit In Amarillo, TEXAS, Do HereBY Declare under Penalty of PerJury That EVERY thing Stated IN This Judical Notice Is TRUE And Correct.

_Frank Joseph Jr._
Appellant Pro Se

Respectfully Submitted on this day _6_ of October 2016.

_Frank Joseph Jr._
Appellant Pro Se

Frank Joseph #1293463
Neol Unit
9055 Spur 591
Amarillo, Texas 79107-9696

AMARILLO TX 791

07 OCT 2016 PM 2 T

USA FOREVER 2016

Court of Appeals
Third District
P.O. Box 12547
Austin Texas 78711-2547

7871182547